**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIX PHOTO, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> RANT, INC., et al., <br><br> Defendant(s). | Case No. CV-18-3776-R <br><br> **ORDER OF DISMISSAL** <br> **BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing by not later than **August 21, 2018** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: June 14, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE